PROB 12B
(7/93)

Report Date: August 15, 2006

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 16 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ralph Albert Young      Case Number: 2:03CR00104-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 11/14/2003      Type of Supervision: Supervised Release

Original Offense: Passing Counterfeit Currency, 18 U.S.C. § 472      Date Supervision Commenced: 12/22/2003
Tolled 9/27/2004

Original Sentence: Prison - 10 Months; TSR - 36 Months      Date Supervision Expires: 11/14/2008

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Pursuant to United States vs. Stephens, Ninth Circuit case law, the above request with the offenders consent is being submitted to Your Honor for review.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: August 15, 2006

Prob 12B
Re: Young, Ralph Albert
August 15, 2006
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

August 15, 2006
Date